**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUZATULLAH, et al. : | |
| Petitioners, : | |
| v. : | Civil Action No. 06-1707 (GK) |
| GEORGE W. BUSH, et al., : | |
| Respondents. : | |

## ORDER

On October 2, 2006, Petitioners Ruzatullah and Haji Rohullah filed a Petition for Writ of Habeas Corpus by Next Friends Inavatullah and Baz Mohammad respectively. It is hereby

**ORDERED** that Respondents shall show cause **by November 6, 2006** why the Petition should not be granted.


October 16, 2006                /s/
                                Gladys Kessler
                                United States District Court

**Copies to:** Attorneys of record via ECF