IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> DONALD RUMSFELD, ) <br>   Secretary, United States Department of ) <br>   Defense, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 06-CV-01707 (GK) |

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

Respondents, through undersigned counsel, move for an extension of time of two weeks from November 6, 2006, to and including November 20, 2000, within which to respond to this Court's Order to Show Cause. In support of this motion, respondents inform the Court as follows:

1. On October 2, 2006, Petitioners brought this petition for a writ of habeas corpus claiming that they are Afghani citizens illegally detained by the United States Department of Defense at the Bagram Airfield, a United States military base in Afghanistan. This Court entered an Order to Show Cause, on October 16, 2006, requiring respondents to file a response by November 6, 2006.

2. Respondents anticipate that they will not be able to meet that deadline because of the nature of the issues presented by this case, including the fact that respondents are still in the process of attempting to identify the petitioners among the detainees at the Bagram Airbase.

3.  Petitioners' counsel has authorized the undersigned to represent to this Court that they do not oppose the present motion.

Dated: November 2, 2006　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　DOUGLAS N. LETTER
　　　　　　　　　　　　　　　　　　　　Terrorism Litigation Counsel

　　　　　　　　　　　　　　　　　　　　　/s/　 JEAN LIN
　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT (D.C. Bar No. 431134)
　　　　　　　　　　　　　　　　　　　　VINCENT M. GARVEY (D.C. Bar No. 127191)
　　　　　　　　　　　　　　　　　　　　JUDRY L. SUBAR (D.C. Bar No. 347518)
　　　　　　　　　　　　　　　　　　　　JEAN LIN
　　　　　　　　　　　　　　　　　　　　Attorneys
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　20 Massachusetts Ave., N.W. Room 7120
　　　　　　　　　　　　　　　　　　　　Washington, DC  20530
　　　　　　　　　　　　　　　　　　　　Tel:  (202) 514-3716
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 616-8470

　　　　　　　　　　　　　　　　　　　　Attorneys for Respondents