IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01707 (GK) |
| ) | |
| DONALD RUMSFELD, ) | |
| Secretary, United States Department of ) | |
| Defense, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon respondents' Unopposed Motion for Extension of Time to Respond to Order to Show Cause, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the date set in this Court's Order dated October 16, 2006, for respondents to respond to petitioners' Petition is extended to and including November 20, 2006.

Dated: Nov. 2, 2006

_____
UNITED STATES DISTRICT JUDGE