IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DONALD RUMSFELD, <br>    Secretary, United States Department of <br> Defense, *et al.*, <br><br> Respondents. | Civil Action No. 06-CV-01707 (GK) |

**ORDER**

Upon respondents' Motion to Dismiss for Lack of Jurisdiction, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the petition is dismissed with prejudice.

Dated: _____

UNITED STATES DISTRICT JUDGE