IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 06-CV-01707 (GK) |
|  | ) |
| DONALD RUMSFELD, | ) |
| Secretary, United States Department of Defense, *et al.*, | ) |
|  | ) |
| Respondents. | ) |

**ORDER**

Upon respondents' Motion to Dismiss for Lack of Jurisdiction, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the petition is dismissed with prejudice.

Dated:

UNITED STATES DISTRICT JUDGE