IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>DONALD RUMSFELD,<br>  Secretary, United States Department of<br>  Defense, *et al.*,<br><br>    Respondents. | Civil Action No. 06-CV-01707 (GK) |

## SCHEDULING ORDER

Upon the parties' Joint Motion for Enlargement of Time to Respond to Respondents' Motion to Dismiss for Lack of Jurisdiction, it is hereby

ORDERED that Petitioners shall file their Response to Respondents' Motion to Dismiss on or before December 22, 2006; and it is further

ORDERED that Respondents shall file their Reply to Petitioners' Response to Respondents' Motion to Dismiss on or before January 12, 2006.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE