# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUZATULLAH,** *et al.*, : | |
| : | |
| **Petitioners,** : | |
| : | |
| v. : | Civil Action No. 06-1707 (GK) |
| : | |
| **DONALD RUMSFELD,** *et al*., : | |
| : | |
| **Defendants.** : | |

## ORDER

It is this 28th day of December, 2006, hereby

**ORDERED**, that Respondents are to file their Response to Petitioners' Amended Petition for Writ of Habeas Corpus by **January 29, 2007**; and it is further

**ORDERED**, that Petitioners shall file their Opposition to Respondents' Response no later than **February 29, 2007**; and it is further

**ORDERED**, that Respondents shall file their Reply, if any, no later than **March 10, 2007.**

　/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

Dockets.Justia.com