IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUZATULLAH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-01707 (GK) |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department of | ) | |
| Defense, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**PETITIONERS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND
AMENDED PETITION**

Petitioners' file the present motion for leave to file a Second Amended Petition in the above-referenced matter, pursuant to FRCP 15(a). Respondents do not oppose the present motion.

In support of the present motion, Petitioners inform the Court as follows:

1.    Petitioners filed an Amended Petition pursuant to FRCP 15(a) on December, 22, 2006.

2.    The photographic/print quality of the Amended Petition is poor when viewed in the court's electronic filing system, and some portions of the attachments thereto are illegible in the ECF version. Petitioners' counsel has taken steps to eliminate this technical problem with the Second Amended Petition.

3.    Paragraph 22 of the Amended Petition contains a typographical error in the first sentence which reads "In or about October, 2006". The Second

1

Dockets.Justia.com

Amended Petition corrects this error and reads "In or about October, 2004".

4.    The Second Amended Petition contains no other substantive changes to the first Amended Petition.

5.    Respondents do not object to the filing of the Second Amended Petition, and do not anticipate needing additional time to respond beyond the schedule previously set by the court for responses to the Amended Petition.

For the reasons stated above, Petitioners move the Court to order that the Second Amended Petition (attached hereto) be filed by the clerk of the court.

Dated: January 9, 2006                    Respectfully Submitted,

TINA M. FOSTER

International Justice Network
PO BOX 610119
Bayside, NY 11361-0119
Tel: 917.442.9580
Fax: 917.591.3353

*Attorney for Petitioners*