RUZATULLAH v. RUMSFELD et al                                                Doc. 13 Att. 3

## PRIVILEGED AND CONFIDENTIAL
## ATTORNEY CLIENT COMMUNICATION

My name is **Baz Mohammad**, and I am a citizen of **Afghanistan** (country). I am the **Friend** of **Rohullah**, who is a citizen of **Afghanistan**, currently being detained incommunicado at **Bagram**.

I have had the concept of "next friend" explained to me in my native language of **Pashto**, and I know that **Rohullah** would want me to take legal action on his behalf to secure his release.

I hereby authorize U.S. human rights attorney Tina Monshipour Foster, Esq., and any attorneys assigned by her, to file a case in U.S. courts seeking the release of prisoner **Rohullah**, and to take any other legal action in US or international venues that is necessary and appropriate to defend his fundamental human rights.

DATE: **28 September 2006**

Signature of Next Friend: _____

Name of attorney taking authorization: _____

Signature of attorney taking authorization: _____

Dockets.Justia.com