## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 9th day of January, 2007.

_____
Tina M. Foster

Dockets.Justia.com

CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Pursuant to L. Civ. R. 83.2(g), I certify that I am representing Petitioners without compensation.

Executed on this 9th day of January, 2007.

_____
Tina M. Foster