IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*,<br><br>            Petitioners,<br><br>       v.<br><br>DONALD RUMSFELD,<br>   Secretary, United Stated Department of<br>   Defense, *et al.*,<br><br>            Respondents. | Civil Action No. 06-CV-01707 (GK) |

## DECLARATION OF COLONEL JAMES W. GRAY

I, Colonel James W. Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I currently serve as Commander of Task Force Guardian, Combined/Joint Task Force-76 ("CJTF-76"), as well as Commander of Detention Operations, CJTF-76. The statements in this declaration are based upon information made available to me in the performance of my official duties.

2. CJTF-76 is headquartered at Bagram Airfield in Afghanistan. CJTF-76, along with Afghan National Security Forces, conducts full spectrum operations to defeat al Qaeda, the Taliban, and associated movements. CJTF-76 integrates joint, interagency and multinational forces partnered with the Afghans in order to establish security, deter the re-emergence of terrorism, and enhance the sovereignty of Afghanistan.

3. Task Force Guardian, a subordinate unit of CJTF-76, is under United States national command and control. Task Force Guardian is responsible for operating the Bagram Theater

Dockets.Justia.com

Internment Facility ("BTIF"), a Department of Defense ("DoD") detention facility located at Bagram Airfield. I have served as the Commander of Task Force Guardian and Commander of Detention Operations, CJTF-76, since December 1, 2006. In this position, I am responsible for all aspects of detention operations for CJTF-76.

4. I have reviewed the Second Amended Habeas Petition filed in this action.

5. After receiving additional information about the following two Petitioners, our records reflect that we are currently detaining, at the BTIF, Afghan citizens with the same or closely similar names and whose fathers' names are the same or closely similar to the names of these two Petitioners' fathers:

> a. Ruzatullah: This detainee was captured in Afghanistan and was determined to be an enemy combatant at the time of capture. The Enemy Combatant Review Board ("ECRB") last reviewed his enemy combatant status on August 24, 2006 Following that review, his status as an enemy combatant was validated.
>
> b. Rohullah: This detainee was captured in Afghanistan and was determined to be an enemy combatant at the time of capture. The ECRB last reviewed his enemy combatant status on November 2, 2006 Following that review, his status as an enemy combatant was validated.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23 January 2006.

*[signature]*
JAMES W. GRAY
Colonel, U.S. Army
Commander, Task Force Guardian
Commander of Detention Operations,
Combined / Joint Task Force-76