IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| RUZATULLAH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-01707 (GK) |
| | ) | |
| DONALD RUMSFELD, | ) | |
| Secretary, United States Department of | ) | |
| Defense, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

Upon respondents' Motion to Dismiss Second Amended Petition for Lack of Jurisdiction, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the petition is dismissed with prejudice.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE