UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, et al. )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>DONALD RUMSFELD, )<br>    Former Secretary, )<br>    United States Department )<br>    of Defense, et al. )<br>)<br>Respondents. )<br>) | Civil Action No. 06-CV-01707 (GK) |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Eric L. Lewis and Dwight P. Bostwick as additional counsel in this case for petitioners Ruzatullah and Haji Rohullah.

/s/ Eric L. Lewis
Eric L. Lewis
D.C. Bar No. 394643
BAACH ROBINSON & LEWIS, PLLC
1201 F St. NW, Suite 500
Washington, D.C. 20004
(202) 833-8900

/s/ Dwight P. Bostwick
Dwight P. Bostwick
D.C. Bar No. 427758
BAACH ROBINSON & LEWIS, PLLC
1201 F St. NW, Suite 500
Washington, D.C. 20004
(202) 833-8900

Dated: February 13, 2007