IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, et al. ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01707 (GK) |
| ) | |
| DONALD RUMSFELD, ) | |
| Former Secretary, ) | |
| United States Department ) | |
| of Defense, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

## CONSENT MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME FOR PETITIONERS TO RESPOND TO RESPONDENTS' MOTION TO DISMISS

Petitioners, through undersigned counsel, hereby move the Court to amend the scheduling order in this case to extend time for petitioners' response to the pending motion to dismiss. Petitioners' counsel has consulted with counsel for the respondents, who consents to the amendment of the scheduling order as set out herein. The bases for this motion are set out below.

1. Undersigned counsel, Baach Robinson & Lewis PLLC, has recently be retained as co-counsel in this matter.

2. Petitioners' counsel approached respondents' counsel and requested that the briefing schedule be amended to permit Baach Robinson & Lewis to familiarize itself with the issues involved in this case and to prepare the Opposition to the Motion to Dismiss.

3. Respondents' counsel consented to an extension of time, but requested that the amended briefing schedule also accommodate that counsel's own scheduling issues, including the fact that respondents' counsel has a major filing due in another matter at the end of March.

4. Discussions between counsel have resulted in a proposed scheduling order that extends time for the petitioners to file their opposition to the motion to dismiss to and including March 30, 2007, and for respondents to file their reply brief to and including April 20, 2007.

WHEREFORE, petitioners, with the consent of respondents, hereby request that the Court enter the proposed order submitted herewith.

Respectfully submitted,

/s/ Eric L. Lewis
Eric L. Lewis
D.C. Bar No. 394643

Dwight P. Bostwick
D.C. Bar No. 427758

Baach, Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

/s/ Tina Foster
Tina Foster
International Justice Network
P.O. Box 610119
Bayside, NY 11361-0119
Tel. +1 917 442 9580
Fax. +1 917 591 3353

Dated: February 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, et al.<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>DONALD RUMSFELD,<br>　　Former Secretary,<br>　　United States Department<br>　　of Defense, et al.<br><br>　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-CV-01707 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER AMENDING THE SCHEDULING ORDER AND EXTENDING TIME FOR PETITIONERS TO RESPOND TO RESPONDENTS' MOTION TO DISMISS

UPON CONSIDERATION of the Consent Motion to Modify the Scheduling Order to Extend Time for Petitioners to Respond to Respondents' Motion to Dismiss and the record as a whole in this matter, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that petitioners shall file their response to the motion to dismiss on or before March 30, 2007, and the respondents shall file their reply on or before April 20, 2007.

**SO ORDERED**, this the ____ day of February 2007.

_____
United States District Judge