UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, et al. ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01707 (GK) |
| ) | |
| DONALD RUMSFELD, et al. ) | |
| ) | |
| Respondents. ) | |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of A. Katherine Toomey as additional counsel in this case for petitioners Ruzatullah and Haji Rohullah.

/s/ A. Katherine Toomey
A. Katherine Toomey
D.C. Bar No. 426658
BAACH ROBINSON & LEWIS, PLLC
1201 F St. NW, Suite 500
Washington, D.C., 20004
(202) 833-8900

Dated: March 29, 2007