UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, et al. </br></br> Petitioners, </br></br> v. </br></br> DONALD RUMSFELD, et al. </br></br> Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-CV-01707 (GK) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Upon consideration of Respondents' Response to Order to Show Cause and Motion to Dismiss Second Amended Petition for Lack of Jurisdiction, Petitioners' Opposition and the entire record in this matter, it is hereby

ORDERED that the Motion to Dismiss the Second Amended Petition is DENIED; and

FURTHER ORDERED that the Court having found just cause for the issuance of a writ of habeas corpus, the writ shall issue forthwith.

Done this the _____ day of _____, 2007

_____
The Hon. Gladys Kessler
United States District Judge