IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> ROBERT GATES, <br> Secretary, United Stated Department of Defense, *et al.*, <br><br> Respondents. | Civil Action No. 06-CV-01707 (GK) |

### SECOND DECLARATION OF COLONEL JAMES W. GRAY

I, Colonel James W. Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1. I currently serve as Commander of Task Force Guardian, Combined/Joint Task Force Force-82 ("CJTF-82")[1], as well as Chief of Detention Operations, CJTF-82, at Bagram Airfield, Afghanistan. I have previously submitted a declaration in the above-captioned case in support of Respondents' Response to Order to Show Cause and Motion to Dismiss Second Amended Petition for Lack of Jurisdiction. The statements in this declaration are based upon information made available to me in the performance of my official duties.

    2. On or about June 19, 2007, the United States transferred Ruzatullah, who was a detainee at the Bagram Theater Internment Facility at Bagram Airfield, to the Government of Afghanistan, relinquishing all legal and physical custody and control over Ruzatullah.

---

[1] CJTF-82 was formerly known as CJTF-76.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __3__ July 2007.

_____
JAMES W. GRAY
Colonel, U.S. Army
Commander, Task Force Guardian
Chief of Detention Operations, CJTF-82