IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, et al. ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01707 (GK) |
| ) | |
| ROBERT GATES, ) | |
| Secretary, ) | |
| United States Department ) | |
| of Defense, et al. ) | |
| ) | |
| Respondents. ) | |

### PETITIONER RUZATULLAH'S UNOPPOSED MOTION TO SET A BRIEFING SCHEDULE WITH RESPECT TO RESPONDENTS' SUPPLEMENTAL FILING IN SUPPORT OF THEIR MOTION TO DISMISS

Petitioner Ruzatullah, through undersigned counsel, hereby moves the Court to set a briefing schedule with respect to respondents' July 6, 2007 submission supplementing their motion to dismiss. In particular, respondents' supplemental filing asserts that petitioner Ruzatullah's petition for habeas corpus is moot because respondents have "relinquished custody of petitioner Ruzatullah" by transferring him to the custody of the Afghan government. Respondents' Supplemental Filing at 1. Petitioner Ruzatullah does not agree that his purported transfer moots his petition before this Court and, accordingly, seeks the opportunity to make a responsive filing.

Petitioners' counsel has consulted with counsel for the respondents, who consents to the following briefing schedule:

   July 30. 2007   Petitioner Ruzatullah will file a response to respondents' supplemental filing.

   August 10, 2007   Respondents will file any reply.

Petitioner Ruzatullah respectfully submits that this briefing schedule is appropriate because petitioners' counsel requires time to consult with petitioner Ruzatullah's next friend in Afghanistan concerning the purported transfer and communication between the United States and Afghanistan can be difficult and time-consuming.

   WHEREFORE, petitioners, with the consent of respondents, hereby request that the Court enter the proposed order submitted herewith.

Respectfully submitted,

/s/ **A. Katherine Toomey**
Eric L. Lewis (#394643)
Dwight P. Bostwick (#427758)
A. Katherine Toomey (# 426658)
Baach, Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

/s/ **Tina Foster**
Tina Foster
International Justice Network
P.O. Box 610119
Bayside, NY 11361-0119
Tel: (917) 442 9580
Fax: (917) 591 3353

Dated: July 13, 2007