## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **RUZATULLAH, et al.** | ) |
|  | ) |
| **Petitioners,** | ) |
|  | ) |
| **v.** | ) **Civil Action No. 06-CV-01707 (GK)** |
|  | ) |
| **ROBERT GATES,** | ) |
| **Secretary,** | ) |
| **United States Department** | ) |
| **of Defense, et al.** | ) |
|  | ) |
| **Respondents.** | ) |

_____)

### *AMENDED UNOPPOSED* MOTION TO SET A BRIEFING SCHEDULE WITH RESPECT TO RESPONDENTS' SUPPLEMENTAL FILING IN SUPPORT OF THEIR MOTION TO DISMISS

On July 13, 2007, Petitioner Ruzatullah filed an unopposed motion to set a briefing schedule for his response to respondents' July 6, 2007 submission supplementing their motion to dismiss. The Court has not yet ruled on that motion, but because of the serious illness of undersigned counsel's father and certain logistical issues in communicating with persons in Afghanistan, petitioner hereby seeks to amend the briefing schedule proposed in his previous motion. Specifically, petitioner proposes to extend, by two business days, each party's due date. Respondents do not oppose this amendment to the proposed briefing schedule.

Accordingly, petitioner respectfully requests that the Court enter a scheduling order directing that the relevant filings be submitted as follows:

Petitioner's Response to the Supplemental Submission          August 1, 2007

- 2 -

Respondents' Reply                                                    August 14, 2007

WHEREFORE, petitioners, with the consent of respondents, hereby request that

the Court enter the proposed order submitted herewith.


Respectfully submitted,


**/s/ A. Katherine Toomey**                              **/s/ Tina Foster**
 Eric L. Lewis (#394643)                                 Tina Foster
Dwight P. Bostwick (#427758)                              International Justice Network
A.  Katherine Toomey (# 426658)                          P.O. Box 610119
Baach, Robinson & Lewis PLLC                             Bayside, NY 11361-0119
1201 F Street, NW, Suite 500                             Tel: (917) 442 9580
Washington, DC 20004                                     Fax: (917) 591 3353
Tel: (202) 833-8900
Fax: (202) 466-5738


Dated: July 30, 2007