## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUZATULLAH, et al.** ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01707 (GK) |
| ) | |
| **ROBERT GATES,** ) | |
|    Secretary, ) | |
|    United States Department ) | |
|    of Defense, et al. ) | |
| ) | |
| Respondents. ) | |

### SCHEDULING ORDER WITH RESPECT TO RESPONDENTS' SUPPLEMENTAL FILING IN SUPPORT OF THEIR MOTION TO DISMISS

UPON CONSIDERATION of the *Amended Unopposed* Motion to Set A Briefing Schedule with Respect to Respondents' Supplemental Filing In Support Of Their Motion To Dismiss and the record as a whole in this matter, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that petitioners shall file their response to the supplemental motion to dismiss on or before August 1, 2007, and the respondents shall file any reply on or before August 14, 2007.

**SO ORDERED**, this the ____ day of July 2007.

_____
United States District Judge