RUZATULLAH V. GATES, Civil Action No. 06 CV 01707 (GK)

# EXHIBIT 8
## Of Petitioner Ruzatullah's Opposition to Respondents' Supplemental Motion to Dismiss

Case 1:06-cv-01707-GK   Document 25-9   Filed 08/01/2007   Page 2 of 18

# UNAMA AFGHAN UPDATE

Summer 2006

Issue 12

"Pul-i-Charkhi prison in Kabul was without doubt a kind of Buchenwald"

Afghanistan's Prisons - Page 2



:: BUILDING AFGHANISTAN'S FUTURE LEADERS - Page 4

:: FIGHTING THE SILENT DRUG WAR - Page 8

:: A MIDWIFE'S TALE - Page 12



UNAMA



## Editorial

Afghan Update is a publication of the UNAMA Spokesperson's Office

Managing Editor - Wais Payab (payabw@un.org)

Editors
Dan McNorton (mcnorton@un.org)
Elizabeth Philip (philip-unama@un.org)

# Contents
Afghan Update Summer 2006





**2    A Pilot for Prison Reform**
Notorious Pul-i-Charkhi offers model for Afghan prisons

**4    UNDP and Afghanistan**
Laying the groundwork for the country's future leaders

**6    SRSG: "Stay the Course"**
Koenigs urges Italians to continue commitment to Afghanistan

**7    Afghan Returnees**
More professionals returning home

**8    Fighting the Silent Drug War**
In Afghanistan, drug addicts are the silent forgotten victims

**10    SRSG's Press Conference**
Afghanistan needs long-term international engagement

**11    UNAMA Events - Photo Exhibit**
Afghanistan thorugh a woman's eye

**12    To Serve My People**
Trained midwives making a difference

**14    UNAMA Events - Play Time**
UN staff donate footballs to Afghan children

Cover photo "Young Girls" by Freshta Dunya

www.unama-afg.org



# A Pilot for Prison Reform

Leo Dobbs

It's overcrowded and understaffed, security is shaky, it lacks sufficient electricity and water, and in late February a prison riot caused thousands of dollars worth of damage and left six inmates dead there. Yet the notorious Pul-i-Charkhi is a model prison for Afghanistan as the country strives to build a democratic society based on the rule of law. "Pul-i-Charkhi is a great prison compared to the other prisons in the country," says Brian Tkachuk, corrections adviser to the UN Assistance Mission in Afghanistan (UNAMA). "Most are uninhabitable," he adds, referring to provincial jails and an estimated 300 legal detention centres around the country.

But the Ministry of Justice, which has jurisdiction over prisons and detention centres, is determined to rectify the situation and improve conditions countrywide. "We have to put theory into practice," Deputy Justice Minister Mohammad Qasim Hashimzai said during a recent visit to Pul-i-Charkhi by UN Special Representative Tom Koenigs.

The process has already begun. A law on prisons and detention centres was promulgated in May 2005 and a Ministry of Justice consultative working group was set up last year to prepare a strategy for all prison reform, including construction and rehabilitation of prisons, administration and training. The United Nations plays a key role in the body, which meets regularly.

Meanwhile, the Afghanistan Compact launched earlier this year explicitly acknowledges the need to reform and improve the prison sector as an integral part of a functioning democracy, as well as the need to ensure separate facilities for women and juveniles.

These measures should help encourage the donor community to funnel more funds into the neglected sector. "The Central Prison needs more attention focused on it," stresses Pul-i-Charkhi Governor Major-General Shamir Amirpoor, whose jail has received the lion's share of donor attention.

Located just east of Kabul, the sprawling Pul-i-Charkhi complex opened after communist leader Nur Mohammad Taraki seized power in April 1978 and plunged the country into more than two decades of bloody turmoil. "Pul-i-Charkhi prison in Kabul was without doubt a kind of Buchenwald," the German newspaper Der Tagesspiegel said in 1984, referring to the murders of thousands of political prisoners by Taraki and his successors.

Things are better today. Behind its high, thick walls, Pul-i-Charkhi houses some 2,200 prisoners, or about a third of the country's estimated prison population of 6,100. The facility has a medical clinic, library, kitchen and running water, but it is reaching saturation point and conditions are woefully short of international norms.

The male inmates, including some 200-300 Taliban and al-Qaida fighters, are kept in gloomy, cell-lined corridors in two concrete blocks. Electricity is sporadic. About 75 women – many with young children – are kept in separate, more airy quarters.

Gen. Amirpoor says the prison authorities lack adequate equipment, staff are poorly paid – a recipe for corruption – and security is inadequate. "That's why we have a problem with drugs being smuggled into the prison," he adds.

He says the prison does not have the facilities to categorise prisoners, which means that some people spend more time in prison than they should do. "That is a very big problem," says a foreign corrections expert, adding that young criminals often end up in wards with Taliban prisoners. "It becomes a potential recruitment ground for militants."

The general says this issue is being addressed, but stresses that international help is needed. The sense of urgency was highlighted in late February when more than 1,000 inmates went on a four-day rampage at Pul-i-Charkhi, partly in protest at the poor conditions.

The protests have not been restricted to Pul-i-Charkhi. In January, inmates at Farah's central jail protested against poor conditions and overcrowding. In Faryab, there have recently been allegations of mistreatment and torture.

Reform of the system and concrete improvements have been under way for more than a year and could gain pace if the government and donors honour commitments under the Afghanistan Compact. Help has come from a handful of international donors, the United Nations, the International Committee of the Red Cross, the United States Agency for International Development and Provincial Reconstruction Teams.

The UN Office on Drugs and Crime (UNODC), with Italian funding, has rehabilitated a detention facility in Kabul as well as a prison block and kitchen and visiting areas in Pul-i-Charkhi. It is also constructing closed women's and juvenile prisons in the capital, while the UN Children's Fund is building an open juvenile facility in Kabul.

UNODC is overseeing a major new project at Pul-i-Charkhi – construction and staffing of a maximum security unit for high-profile drug dealers. The initiative in support of the government's counter-narcotics strategy is funded by Belgium, Britain and Canada. Next door the Americans are renovating a block to house suspected terrorists, including Afghans who have been held at the US naval base at Guantanamo Bay.

> "That is a very big problem, it becomes a potential recruitment ground for militants"

Some provincial prisons are benefiting from the reform drive and the Ministry of Justice's consultative working group is preparing a matrix prioritising construction needs in all 34 provincial prisons, including Pul-i-Charkhi. This will be presented to donors.

"We are building new prisons in Gardez and in Mazar-i-Sharif," says UNODC expert Carla Ciavarella, while adding that Mazar and some other provincial prisons are in such a bad state that the government has had to hold their prisoners in rented premises.

Meantime, training programmes and administrative reforms are under way or being developed. These include courses for 200 staff scheduled to work in the maximum security unit and US-funded training programmes for all prison staff and for officers. UNODC is developing a course about the new prisons law for judges, prosecutors, prison staff and human rights workers.

Though the reform process has been kick-started, it will be a long time before most provincial prisons and the scores of detention centres start benefiting. "The situation regarding prisons in Afghanistan remains critical," according to a recent UNAMA report.

But the UN is upbeat about the future. "I'm very impressed by the spirit of improvement," Tom Koenigs said at the end of his Pul-i-Charkhi visit, before pledging the UN's continued assistance to reform and rehabilitation of the prisons sector.



# UNDP Afghanistan:

## Working with the Government to develop the Parliament, civil service and Afghan sign language

Dominic Medley

The end of 2005 saw the opening of Afghanistan's parliament, the first in decades. By the early months of 2006 the nation watched with amazement as the new parliamentarians flexed their political muscles. Millions of Afghans were gripped by the live TV questioning of President Karzai's nominated ministers. Here was democracy in action as the new members of parliament found their political way and developed their checks and balances on the executive institutions of Afghanistan.

Behind the scenes one of the most important projects of the United Nations Development Programme in Afghanistan has been slowly but surely working away at the parliament. The SEAL project (Support to the Establishment of the Afghan Legislature), with a budget of more than US$ 15 million and a duration of two years, aims to support the activities of the parliament, its members and staff, with training and equipment so that an effective legislature can take shape in Afghanistan.

Members of both houses (the Meshrano and Wolesi Jirgas, upper and lower houses) have attended substantial training courses, seminars and workshops both in Kabul and abroad. A survey of assembly members in late 2005 indicated a strong desire for English language and computer classes and the chance to travel abroad. The secretariat of the parliament has also received training as have accredited assembly journalists. A parliamentary library and other essential equipment such as computers, cameras and microphones have all been bought and put into place.

During the recent recess of the parliament the UNDP's SEAL project organised a number of events for members to meet their electorate back home in the constituencies. In Wardak, Bamiyan and Konduz parliamentarians met representatives from civil society organisations, the media and their electorate. The recess period of outreach was launched across ten provinces so that the electorate outside Kabul could begin to understand the parliamentary process that is taking shape in Afghanistan.

UNDP has traditionally played a lead role in building up Afghanistan's institutions so that they will continue to function as a normal governmental bureaucracy in the future. A recently announced US$ 10.6 million agreement with the Asia Foundation will see further support to the development of the central executive institutions involving the Office of the President of Afghanistan. The project will strengthen the Office of Administrative Affairs, the Council of Ministers Secretariat, and the Presidential Chief of Staff Office's capacity by upgrading their organizational structures, procedures, office equipment and facilities, information technology, and policy coordination processes.

In the wider government institutions UNDP is laying the groundwork for the future leaders of Afghanistan. Some 550 top civil servants are going through a two and a half year process of Civil Service Leadership Training. The aim is to consolidate the implementation of the Afghanistan National Development Strategy but also to identify younger staff who show potential. 150 interns, 50 of them female, are also attending training and getting experience from working in various ministries.

UNDP has always been at the forefront of advocating for change and to help people build a better life. Of all the countries in the world, and after three decades of turmoil, Afghanistan presents one of the major challenges to development. With all the major proj-

ects the smaller ones must not be overlooked.

War in Afghanistan has created a population dramatically affected by trauma and disability. Estimates suggested two million people may have a physical disability of some sort. This figure excludes those who have some sort of mental trauma, perhaps from something they witnessed or the high level of domestic violence.

It is a major role of the United Nations worldwide to encourage and ensure that everyone has the chance to play an active role in their society. In Afghanistan this is even more important than ever following the restrictions the Taliban regime imposed. Perhaps some 75% of children with disabilities don't attend school; 80% of people with disabilities are unemployed.

UNDP's National Programme for Action on Disability (NPAD) is targeting a powerful voice in the country. To be a war victim in Afghanistan can earn respect; many parliamentarians, minister and leading members of society have some form of disability. But all too often they and others can be forgotten. Working with the Ministry of Martyrs, Disabled and Social Affairs NPAD is ensuring that people with disabilities and their problems are not pushed aside; that they have a chance for education and employment.

NPAD is also leading the way in the development of Afghanistan's first ever sign language. There are an estimated 10,000 people who are hearing impaired in Afghanistan. That might not be a large number but it is all too easy to forget about them in the wider development picture. Now the creation of an Afghan sign language is moving forward with new signs and grammar. A Disability Resource Centre has also been opened in Kabul which is fully accessible. This model centre, the first of its kind in Afghanistan, offers a haven for the disabled that will also be built in Jalalabad, Kandahar and Mazar.

Strengthening the parliament, the central institutions of government, the chance for people with disabilities to get involved in a full life in Afghanistan are just some of the areas UNDP Afghanistan is working on. The UN has been in Afghanistan for 50 years. UNDP has been at the forefront in providing development assistance and helping to build up the institutions of the country. Poverty reduction, democratic governance and crisis prevention and recovery will continue to be the main areas of concern for UNDP Afghanistan.

UNDP Afghanistan: www.undp.org.af



Afghan sign language workshop

# Tom Koenigs urges Italian parliament to "Stay The Course"

Tom Koenigs, the UN's Special Representative of the Secretary-General in Afghanistan told the Italian Senate on 13 July that their commitment to Afghanistan must continue.

Addressing the Foreign Affairs and Defense Committees, Koenigs thanked them for their contribution to institution building and policy development as well as their efforts in the Herat province on security and stability of this key province.

Koenigs emphasised that progress had been made in Afghanistan since the London Conference in January and that this continues, despite the harsh reality that security continues to be a serious concern.

Kofi Annan's Special Representative spoke frankly about the difficult period that the South and South-East of the county was currently going through, but insisted that Afghans want to defeat this insurgency and are asking the international community to continue to support them and that backing away was not an option.

> Achievements through the Italian commitment to Afghanistan include: a key policy document – Justice for All which lays out the framework for reform efforts complied under the leadership of the Italian Justice Office (IJO); over 1,000 judges, prosecutors and police officers have been trained and as work moves forward, the IJO is prioritising the establishment in each province of functional institutions such as prisons and the judiciary.

The current situation in Afghanistan, Koenigs said, shows that the international community needs to invest more in security sector reforms and continue to develop the capability of the Afghan National Army, the Afghan National Police and the judiciary.

A combination of continued political support, security sector reform, while maintaining the Provincial Reconstruction Teams and other troop contributions is what the international community owe to the people of Afghanistan.





More Afghan Professionals Returning Home

UN Refugee Agency Report

While the number of Afghans returning home from Pakistan this year has declined, with 100,000 crossing the border so far, their composition shows an increase in those with professional skills such as engineering, medicine and education, the United Nations refugee agency reported in early July.

The voluntary repatriation of Afghans, who fled decades of war and factional fighting, is the largest return programme ever carried out by the UN High Commissioner for Refugees (UNHCR), with over 4.5 million going home since 2002, including 2.8 million from Pakistan and 1.47 million from Iran.

"The drop could be because Afghans who wanted to return have already done so, five years into UNHCR's voluntary return operation," spokesman William Spindler told a news briefing in Geneva.

Compared to previous years, the pace of returns has declined. In June 2006, 24,780 Afghans returned home - a 66 per cent drop over the June 2005 figure of 73,373 returns, and 48 per cent lower than the 47,940 in June 2004.

But the figures showed an increase in skilled categories such as legal practitioners, masons, plumbers and agricultural and office workers, all with much-needed expertise to rebuild Afghanistan, he noted.

An estimated 2.6 million Afghans still remain in Pakistan while more than 900,000 are believed to be still living in Iran.

Voluntary repatriation continues under tripartite agreements between Afghanistan, UNHCR, and the governments of Pakistan and Iran separately. An Iranian delegation is currently in Kabul for the 10th tripartite commission meeting to discuss the return of Afghans in Iran.



# Fighting the Silent Drug War

### In Afghanistan, drug addicts are the silent forgotten victims

By Ilona Xuequin

In a dim damp room, Wara Bek, a tall Afghani just can't cope with it. The fight against addiction thin year old wheat farmer from northern Badakhshan, struggles to hide his plight. He's always been poor, and his country has always been poor, and his how depressed two years ago, he thought he found an easy way out: opium. To feed his four dollars-a-day habit, he stole chickens and money from his own family. His family found out and shunned him. Soon Wara Bek's only friend was opium.

Addicts are the silent forgotten victims in Afghanistan's drug war. Millions of dollars have been spent on fighting opium production but little on drug addiction. The United Nations Office on Drugs & Crime (UNODC) just finished a survey of drug users, and it's not a pretty picture. There are almost a million drug abusers in Afghanistan, and most of them use either opium or heroin. The number of drug abusers in Kabul in 2005 has doubled since 2003. Worst of all, Afghanistan just can't cope with it. There are only one trained and funded by the United Nations, doctors treat drug addicts in the afternoons. Also big is the stigma attached to the people as part of the community outreach programme.

A clinic in western Kabul is where Wara Bek's Kabul relatives sent him when he came to them for help. Doctors at the hospital inject painkillers to relieve his physical dependency.

The United Nations Office on Drugs & Crime is training health workers and sending them to engage with local communities. Later this year, UNODC will also unveil a four-year multi-prong strategy to fight Afghanistan's silent drug war.

"Afghanistan's drug abuse problem will only get worse if we don't do something in time," says Jehanzeb Khan who runs the drug demand reduction programme for the United Nations Office on Drugs and Crime. The government-run Drug and Mental Health Hospital is the epicentre



Now five days into the detoxification program, Wafa Bek says he feels better. As his hands shake and his eyes wander around the room, he says — mumbles — he'll never use opium again.

Dr. Sayed Najeebullah, a psychiatrist who spearheads the Kabul drug demand reduction campaign, knows Wafa Bek is still far from being a success story. "The psychological dependency is much worse than the physical. It takes fifteen days to lift a patient's physical dependency, but another six months to lift the patient's psychological. That means the recovering addict needs months of caring and encouragement. So once Wafa Bek goes home Dr. Sayed will introduce him to other recovering addicts in Badakhshan so they can support each other."

"Many addicts are so because they're poor and jobless," says social worker Fehima, who counsels drug addicts at the clinic. "So we give them vocational training, and contact other ministries to help them find jobs," she says. "It's important to address the social issues that got them to start abusing drugs in the first place."

Kabul's Drug and Mental Health Hospital is helping addicts, but it has just twenty beds. And UNODC's drug user survey warns of an increase in the number of drug users as more refugees who abused drugs in Iran and Pakistan return and spread it to their neighbours, as the urban youth shoot up to pass the time, as the impoverished sick smoke opium to relieve the pain.

Dr. Sayed Najeebullah and his team travel to schools, mosques, hospitals, and villages to educate people on the dangers of drugs. They spend four days a week in and around Kabul's local villages speaking with the tribal elders and asking for his help to locate local drug addicts, as well as identify local health workers from UNODC can train. "This is to give local ownership to the communities," explains Jehanzeb Khan of UNODC.

About three weeks ago, Dr. M. Ehsan Gulban from the Drug and Mental Health Hospital and his team of health workers — a psychologist, a social worker, and a nurse — arrived in Charasyab District, a series of fourteen villages surrounded by moist green fields and jagged brown mountains, a half-hour drive from downtown Kabul. It is here in rural Afghanistan where eighty percent of drug abusers are, and where, because of grinding poverty and a lack of clinics, the problem promises to spiral out of control.

The team first met with the village elder Ismail, who told him that of the 800 families in his village, at least 50 had one drug addict. Dressed in immaculate white, Ismail complained that the fifty drug addicts were too weak to work, were a financial burden to their families, and brought shame to the community.

Ismail found forty year old Ala Gul, whose fifteen year old heroin addiction had left him emaciated and depressed. Ala Gul had picked up the habit as a refugee in Iran, and poor and broke he returned to his native village a month ago, where he drifts from house to house. Ala Gul volunteered for the programme, and Dr. Gulban came to see him to counsel him and give him medicine to fight his drug addiction.

It's too expensive for Ala Gul to go to Kabul, so Dr. Gulban comes to check up on him everyday. It is now Ala Gul's sixth day since he's stopped using heroin, and he tells the doctor he vomits in the morning and his body hurts and over fifty Ala Gul is agitated and nods his head as Dr. Gulban tells him to stay away from those who use heroin, and to eat plenty of fruit and drink water.

"I'm ashamed of using heroin," says Ala Gul. He wants to kick the habit, regain some strength and contribute to the community as a labourer. "And what if he fails? "I'll kill myself," he says. Ismail offers Ala Gul some watermelon and two dollars to get home.

Ismail says he plans to organise village meetings where drug addicts like Ala Gul will talk and continue to search for local addicts who want help. "Drug abuse is a big problem and it's only getting worse," says Ismail. "We need to do something now to give the younger generations a future."

The United Nations Office on Drugs and Crime is currently working closely with the Afghanistan government to develop a four-year comprehensive strategy to tackle the drug abuse problem. Initiatives include adding drug awareness into the school curriculum, training village health workers to work with drug addicts locally. The main focus will be on building the capacity of the Afghanistan government and local communities to deal with this issue before it's too late.

# Koenigs:

# Backing away "not an option"

Speaking to reporters at a press conference on 10 July, the top UN official in Afghanistan called for long-term international engagement in the fledgling democracy, emphasizing the need for continued support in the political, military and development spheres.

"These are difficult times for Afghanistan," admitted Tom Koenigs, the Secretary-General's Special Representative in Afghanistan, referring to the growing insurgency in the South, which has claimed some 600 victims in the last two months.

"But backing away is not an option," he continued, adding that the message the international community should take away from the insurgency was that more support was needed for the democratically-elected Afghan Government. With discussions presently taking place in several international capitals about the level of commitment to Afghanistan, he stressed in particular the need for more troops, more diplomatic support and more project funding. High on the list of priorities was greater investments in security sector reform – the Afghan National Army and the Afghan National Police – and the judiciary.

Crucial to that effort, he noted, was the disbandment of illegal armed groups (DIAG), on which he co-chaired a meeting in Tokyo in early July. "DIAG needs a daily,



permanent momentum of the Government and the governors and all those involved, but at the same time it needs a renewed commitment of the whole society, including those who have fought the wars over the past 26 years." Saying there was no cheap way to reach security, he urged the international community and the Afghan Government to stay the course.

Recent discussions on the situation in the South between himself, President Hamid Karzai and other international players had resulted in the following recommendations: strengthening security sector reform; ensuring that development aid reached the provinces and communities, and met the priorities and needs of those communities; improving public information to address the "alarming" lack of information in the provinces; increasing district level outreach, with a particular focus on the southern provinces under siege at the moment, namely Helmand, Kandahar, Uruzgan, and Zabul; and strengthening cooperation between Afghanistan and Pakistan.

Another challenge, he added, was drying out the international terrorist networks financing the insurgency. In that connection, the international community had to press Pakistan to end the logistical and ideological support coming from its territory, as it was clear that the Taliban would not have recovered as a military force in the south of Afghanistan if they did not have the territory to recover and the financial support.

UNAMA EVENTS

# Afghanistan
## through a Woman's Eye




Kuchi Face


Prayer Time

In the short time Freshta Dunya has been a photographer, she has managed to make a name for herself in a field dominated by men. Her work was on display for visitors to the Special Representative for the Secretary-General's residence on Saturday, July 8, marking her first-ever exhibition. Over the coming weeks, the exhibition – a series of 28 photographs capturing the everyday life of Afghan women and children - will tour the country.

"My dream is to one day open a photojournalism college," says Freshta, a 21-year-old Kabul native. "Afghanistan's education system offers a lot of fields, like engineering, arts, and music, but this is one area that is lacking and I want to make a difference. I want to give Afghans a chance to learn this great profession."

Freshta is the photographer for the Office of the UNAMA Spokesperson, and her work appears regularly in the 'Photo of the Day' section of UNAMA's website (www.unama-afg.org).

## To Serve My People

Bamyan province, Hazarajat is a sleepy village in the high mountains of central Afghanistan. On April 26th of last year, a twenty-five-year-old mother of five died giving birth to her sixth child. When the news spread of her death, the two village midwives just stood there mute, as sweat poured down Shukria's face as the dead baby was still inside her. She finally delivered a stillborn. Then Khadija, her daughter, Nargis, also bent her head in her hands and said, "If we were a doctor, so she could save lives of young women..." When Najiba, a trained midwife was called, the mother had already died. Using surgical gloves, she took out a sponge and alcohol and then carefully cleaned her with her family. We know that her aunt's fever was too high. She worked quickly. She removed the dead baby and the aunt woke up again in life. This time she had answered her aunt's prayers.

Afghanistan has one of the highest infant mortality rates in the world, so the children say. The country has the second highest maternal mortality rate. Many Afghans in Bamyan's Hazarajat province, where women can expect to marry at 14 and give birth to eight children on average, have died in the absence of health clinics and trained midwives doesn't help either.

To save mothers' lives, Afghanistan has embarked on a nation-wide midwives training program. The program gives a chance for young girls to make money for their poor families, as well as contribute to their community.

"We are very happy with the program because it's giving good skills to rural women to assist the community and also improving prenatal healthcare," says Stacy Crevello, the Bamyan Field Program Officer for the United States Agency for International Development, which is funding the midwives training program.

USAID and Jhpiego, with the Aga Khan Health Services implement the program with midwives' help from the United Nations Children's Fund and the World Health Organization. "Yes, the program has, in...

...dressed the symptoms of the 1,600 maternal deaths of every 100,000 births that occur against mass maternal deaths. "We need to educate and have fewer children, have them more spaced, nourished, and that means to live in a healthy environment."

The first class from the Bamyan midwifery training program graduated in May, and already these twenty-two graduates are making a difference. In the clean white Bamyan provincial hospital, a new mother and her baby's breathing are being checked up on a mother resting after birth, and Najima cares for a baby in an incubator. The head of the maternity clinic, Dr. Sakina Bakieva of Tajikistan, says, "The new midwives have been here a month and are so good they're doing the job of doctors too."

That's because there too, traditional birth attendants — dayes — help deliver the children. Crevello says, "Our midwives are trained to help dayes, because dayes can cause more harm than good..."

TO SERVE MY PEOPLE

Sediqa says she chew their hay, flies swarm about, and the smell of witnessed three manure seizes the air. In this village, people and animals live, eat, and drink together. Worse, the villagers drink their water raw from a stream that travels downstream through many villages, which use the stream for cleaning clothes and dumping sewage.

Still, overall health has improved because more people are getting educated, says Najiba. She knows firsthand the importance of getting an education. When she was six she was one of eleven girls from the village who were the first to go to school. Neighbors complained, saying how going to school would open Najiba's eyes, she'd run away and bring shame to her family. At that time Najiba's father worked as a shopkeeper who regularly went to Kabul to buy goods and he could see that schooling was Najiba's only shot at a future. Her father told Najiba to ignore their neighbors, and Najiba became the top student in her class. Two years ago, when a visiting cousin told Najiba about the midwife training program, her father yet again saw a great opportunity for her daughter, and encouraged her to go. Again, the neighbors chorused that she would never return, and abandon family and Islam.



After attending the midwives program, Najiba's eyes did open but she is now committed to helping her village. Neighbors once wary of her now ask for her help.

Najiba is an inspiration to the girls in her village, especially her cousin Nargis, a tall pretty fifteen-year-old with a cherub face. She'll always remember that night Najiba saved her mother. In fact that night probably changed Nargis's life in more ways than one. She's always studied hard in school, dreaming to be a doctor someday. That night when her mother laid there dying, Nargis felt so ashamed for being unable to help. After Najiba saved her mother's life Nargis is studying even harder in school but with a different dream. "I no longer want to be a doctor," Nargis says. "I now want to be a midwife to serve my people."

13

UNAMA EVENTS



# UNAMA staff donate World Cup footballs to Afghan children


*Chris Alexander with World Cup winners of the future*

While football fever reached a global crescendo during the 2006 World Cup in Germany, the same kind of atmosphere was on display across Afghanistan as more than 700 footballs were distributed to children courtesy of donations made by UNAMA staff.

By purchasing four soccer balls for US $20.00, each UN employee would keep one while the remaining three would be distributed to schools, orphanages, street children and prisons across Afghanistan. The balls were produced by Muhammad Arif's fledging Itifaq Sports company, which specializes in sports equipment and provides employment opportunities for 900 handicapped and 450 widows.

"Football is a universal game that we can all learn from," said UNAMA's Deputy Special Representative of the Secretary-General, Chris Alexander. "It can bridge social, cultural and religious divides. It teaches us the importance of unity, teamwork, and determination – vital qualities as we work together to rebuild Afghanistan."

Who knows, some of the children benefiting from the donation may go on to be future football stars and represent Afghanistan in the World Cup one day!

# Contacts for United Nations Offices in Afghanistan

## UNAMA Offices

**Bamyan**
Sar Asayab
+93 (0) 20 297 6460

**Gardez**
Saha-e-Paroja (Project)

**Herat**
Manzele Sofi Qodus
Chahar Rahi Ameriat
+93 (0) 20 297 6657

**Jalalabad**
Arzaq Street
near ICRC Office
Kabul-Jalalabad Main Road
+93 (0) 20 297 6500

**Kandahar**
Haji Musa Jan House
near Hindo Chowk
Shar-i-Naw
+93 (0) 20 297 6700

**Kabul**
UNAMA Compound B
+93 (0) 20 297 5000/6000

**Kunduz**
Chai Ferushi Street
+93 (0) 20 297 6400

**Mazar-i-Sharif**
Silo Road
opposit Stadium
+93 (0) 20 297 6900

**Faizabad**
Shari Jadid
+93 (0) 20 297 3036

**Maimana**
On Park in Maimana City
+93 (0) 799 822 327

**Islamabad**
11th Floor, 61 - A Jinnah Ave.
Saudi-Pak Tower, Blue Area
+39 0 83 124 7380

**Tehran**
United Nations Building
185 Ghaem Magham Farihani Ave.
+98 218 732 8125

## Other UN Offices in Afghanistan

**FAO**
+93 (0) 20 210 1722

**UN-Habitat**
+93 (0) 020 210 1652

**ILO**
+93 (0) 20 210 1682/85
Faz +873 761 660 769

**UNDP**
+93 (0) 20 210 1682/85
Faz +873 761 660 769

**UNEP**
+93 (0) 70 276 431/432

**UNESCO**
+93 (0) 20 210 1682/84
(ext. 4601/02)

**UNFPA**
+93 (0) 70 276 264

**UNHCR**
+93 (0) 20 220 0381/82

**UNICEF**
+93 (0) 20 220 0096/0439

**UNIFEM**
+93 (0) 20 210 1682/84
(ext. 4706)

**UNMACA**
+93 (0) 70 282 057/086

**UNODC**
+93 (0) 20 210 1682/84
(ext. 4401)

**UNOPS**
+93 (0) 70 281 791

**WFP**
+93 (0) 70 282 547

**WHO**
+93 (0) 20 230 0181

**UNAMA** was established on March 28, 2002 through United Nations Security Council resolution 1401. Its original mandate was aimed at supporting the process of rebuilding and national reconciliation outlined in the Bonn Agreement of December 2001. Today, Afghanistan has moved on from the Bonn Process and the Mission's work has adapted accordingly. As of 23 March 2006, UNAMA's mandate, which is renewed annually, contains six main elements. These are: providing political and strategic advice for the peace process; providing good offices; assisting Afghanistan's government towards implementation of the Afghanistan Compact; promoting human rights; providing technical assistance; and continuing to manage all UN humanitarian relief, recovery, reconstruction and development activities in coordination with the government.

**UNAMA ON TV**
Every Thursday at **1955 hrs.**
on Radio Television Afghanistan - RTA



**Upcoming Programmes**
**T**uberculosis
**O**live Factory
**100**-Emergency Call No.

UNAMA
Compound B
Peace Avenue
Kabul, Afghanistan
+93 (0) 210 2300 (ext. 6186)
www.unama-afg.org