RUZATULLAH V. GATES, **Civ. Action No. 06-CV-01707 (GK)**

# Exhibit 2

Dockets.Justia.com

Previous - Home

# Amnesty International

## Amnesty International Report 2004

Huge challenges confronted the international human rights movement in 2003. The UN faced a crisis of legitimacy and credibility because of the US-led war on Iraq and the organization's inability to hold states to account for gross human rights violations. International human rights standards continued to be flouted in the name of the "war on terror", resulting in thousands of women and men suffering unlawful detention, unfair trial and torture -- often solely because of their ethnic or religious background. Around the world, more than a billion people's lives were ruined by extreme poverty and social injustice while governments continued to spend freely on arms.

This **Amnesty International Report** reflects those challenges. It documents the human rights situation in 155 countries and territories in 2003, and summarizes regional trends. It reports on areas of work being prioritized and developed by Amnesty International -- such as violence against women; economic, social and cultural rights; and justice for refugees and migrants -- and celebrates the achievements of activists in these and other areas.

In a dangerous and divided world, it is more important than ever that the global human rights movement remains strong, relevant and vibrant. Through its members and allies, Amnesty International remains committed to revitalizing the vision of human rights as a powerful tool for achieving justice for all.



**Why human rights matter**
A message from Irene Khan,
AI's Secretary General



Overview of the human
rights situation in 2003
📹 Video
(real player required)

Report 2004 updates: Selected events from January to April 2004

**Information for journalists**

For the latest information for journalists visit news.amnesty

Previous - Home

# Amnesty International

© AMNESTY INTERNATIONAL

Previous - Home

# Amnesty International

## Amnesty International Report 2004

Huge challenges confronted the international human rights movement in 2003. The UN faced a crisis of legitimacy and credibility because of the US-led war on Iraq and the organization's inability to hold states to account for gross human rights violations. International human rights standards continued to be flouted in the name of the "war on terror", resulting in thousands of women and men suffering unlawful detention, unfair trial and torture – often solely because of their ethnic or religious background. Around the world, more than a billion people's lives were ruined by extreme poverty and social injustice while governments continued to spend freely on arms.

This **Amnesty International Report** reflects those challenges. It documents the human rights situation in 155 countries and territories in 2003, and summarizes regional trends. It reports on areas of work being prioritized and developed by Amnesty International – such as violence against women; economic, social and cultural rights; and justice for refugees and migrants – and celebrates the achievements of activists in these and other areas.

In a dangerous and divided world, it is more important than ever that the global human rights movement remains strong, relevant and vibrant. Through its members and allies, Amnesty International remains committed to revitalizing the vision of human rights as a powerful tool for achieving justice for all.



**Why human rights matter**
A message from Irene Khan,
AI's Secretary General



Overview of the human
rights situation in 2003
📹 Video
(real player required)

Report 2004 updates: Selected
events from January to April 2004

**Information for journalists**

For the latest information for
journalists visit news.amnesty

Previous - Home

# Amnesty International

Ⓒ AMNESTY INTERNATIONAL

Previous - Home

# Amnesty International

# Afghanistan

Covering events from January - December 2003

**A deteriorating security situation undermined human rights. Serious human rights abuses and armed conflict continued in many areas. The criminal justice system remained ineffective and was a source of violations rather than a mechanism for providing justice. Women and girls in particular faced discrimination in the justice system. Police lacked pay, training and control structures. Prison conditions were poor. Detainees were held for excessive periods before appearing before a judge. Women and girls faced a high level of violence. Rape and sexual violence by armed groups was reportedly common. Violence in the family, and forced and underage marriage, were widespread. Past human rights abuses were not addressed and the international community did not provide the necessary support to ensure progress in this area. The US-led coalition was responsible for arbitrary detentions as the "war on terror" continued. Refugees continued to return from neighbouring states but in much reduced numbers, owing largely to concerns about the security situation, employment opportunities and housing. There were serious concerns about the voluntariness of returns from Iran and Pakistan.**



Afghanistan

**AFGHANISTAN**
**President of the Transitional Administration:** Hamid Karzai
**Death penalty:** retentionist
**UN Women's Convention:** ratified
**Optional Protocol to UN Women's Convention:** not signed

### Background

The security situation continued to deteriorate throughout the country and was particularly serious in the north, south and southeast. The central government – the Afghan Transitional Authority (ATA) – had virtually no control outside Kabul. Local armed groups and regional commanders, some of whom continued to receive US support, consolidated their regional power bases and acted with impunity in these areas. Several pilot projects on disarmament, demobilization and reintegration began in October but had made little progress by the end of the year.

Various armed factions engaged in sporadic fighting throughout the country. Armed groups in some regions perpetrated serious human rights abuses in areas they controlled: reported abuses included abductions and kidnapping; arbitrary detention in private prisons; confiscation of land and property; rape; abduction of women, girls and boys; and forced conscription of boys and men.

In October the UN Security Council authorized the expansion of the International Security Assistance Force (ISAF) outside Kabul after repeated calls by the ATA, the UN Secretary-General and international and national non-governmental organizations. However, NATO, which took over the ISAF command in August, had trouble securing commitments for the extra troops required. A delegation of Security Council ambassadors visited Afghanistan in November. The UN Assistance Mission in Afghanistan (UNAMA), established in March 2002, continued to have mixed results in its efforts to support the implementation of the December 2001 Bonn Agreement and for its failure to fully integrate human rights into its activities. The Afghan Independent Human Rights Commission (AIHRC), formed in June 2002, made considerable progress, although its work was sometimes obstructed by government officials.

There was no significant improvement in the economy or infrastructure of the country. Child labour continued to be unchecked and widespread. Drug production increased, orchestrated and controlled by regional commanders and armed groups, and led to a further rise in organized crime and related human rights abuses.

### Further Information

Afghanistan: Police reconstruction essential for the protection of human rights
(AI Index: ASA 11/003/2003)

Afghanistan: Out of sight, out of mind – the fate of the Afghan returnees
(AI Index: ASA 11/014/2003)

Afghanistan: Crumbling prison system desperately in need of repair
(AI Index: ASA 11/017/2003)

Afghanistan: Re-establishing the rule of law
(AI Index: ASA 11/021/2003)

Afghanistan: "No one listens to us and no one treats us as human beings" – Justice denied to women
(AI Index: ASA 11/023/2003)

All AI documents on Afghanistan

**Constitution building**

The Constitutional *Loya Jirga*, which met to decide on a new Constitution, was delayed until December. The delay threatened the electoral process, which was due to be completed by June 2004. There were concerns that the draft constitution was not consistent with international standards. There were reports of intimidation and threats during the selection of delegates for the Constitutional *Loya Jirga*.

**Ineffective administration of justice**

The criminal justice system remained ineffective. Wealth and connections to those with power gave individuals impunity, whereas those without such access faced arbitrary justice. The international community's promised program of judicial assistance lacked strategic direction and its start was delayed.

Police failed to protect human rights and often committed violations themselves. Lack of pay, training, proper command and control structures and effective oversight mechanisms contributed to a situation in which violations continued to be perpetrated with impunity. Detainees were held for prolonged periods, sometimes for over a year, before being brought before a judge. Torture and arbitrary detention were commonly used by police to extract confessions or money.

Where courts had been established, they were fragile and lacked the basic facilities such as premises, furniture and necessary legal texts. Violations of fair trial procedures were routine -- access to defence counsel was virtually non-existent, there was no presumption of innocence, and convictions based on little or no evidence were common. Many judges lacked proper training or professional skills and the justice system remained highly politicized. Judges and independent prosecutors could not function impartially in many areas because of local politics or threats by armed groups. In many rural areas, *jirgas* or *shuras* (informal justice mechanisms) were used to resolve most disputes, including crimes such as murder. Women's rights were particularly violated in both the formal and informal justice system.

AI welcomed the transfer of responsibility for the administration of prisons from the Interior Ministry to the Justice Ministry. However, prison conditions remained poor across the country. In some places private houses were used to hold detainees. Detainees and convicted prisoners were held together, and in many areas there were no separate facilities for juveniles and women, placing them at greater risk of sexual and other abuse. Prison staff received little or no training and went for months without pay.

**Limited women's legal and social rights**

A major step forward for women's legal rights was achieved in March when the Afghan authorities ratified the UN Women's Convention without reservations. However, inequality between men and women remained enshrined in national laws, particularly those relating to marriage and divorce. In certain regions of Afghanistan, women accused of adultery were routinely detained, as were those who attempted to marry a spouse of their choice.

Women's access to healthcare, education and economic resources, particularly in rural areas, remained extremely limited, exacerbated by cultural restrictions on women's movement and interaction with men outside their family.

**Violence against women**

Women and girls continued to face a high level of violence. Rape and sexual violence by members of armed factions and former combatants were reportedly common. Forced marriage, particularly of girls, domestic violence and other crimes of violence against women remained widespread and had the active support or passive complicity of state agents, armed groups, families and communities.

In some parts of the country tradition continued to be used to legitimize violent deaths of women. Women and girls alleged to have eloped or committed adultery were reportedly killed by the family. Adultery, "running away from home" and unlawful sexual activity (sexual intercourse by unmarried men and women) – known as *zina* crimes – remained subject to criminal prosecution. Some women accused of *zina* were at risk of being killed by their families if released. Women victims of rape remained at risk of prosecution for *zina* if they could not prove the act was against their will, and had little hope of seeing justice done. Divorce on grounds of physical violence was virtually impossible for women to obtain, even with evidence of severe domestic violence.

In many rural communities, women and girls continued to be exchanged as a mechanism for addressing community disputes or criminal issues including murder or elopement. Women and girls exchanged in this way are married to a man or boy from the victim's family.

The criminal justice system remained too weak to offer effective protection of women's rights to life and physical security, and itself subjected them to discrimination and abuse. Prosecutions for violence against women, and protection for women at acute risk of violence, were virtually absent. The few women who overcame powerful barriers to seek redress rarely had their complaints considered or their rights defended. No safeguards were in place to protect women from sexual abuse while in police custody and detention. There were unconfirmed reports of sexual abuse of women prisoners in official detention centres in Herat, Mazar-e-Sharif and Kabul.

**Harassment of journalists**

Many independent newspapers, periodicals and radio stations were operating, although journalists regularly received threats for criticizing the authorities.

- Two journalists, Sayed Mirhassan Mahdavi, editor of *Aftab* newspaper, and Ali Payam Sistani, the newspaper's designer, were arrested on 17 June and accused of "insulting Islam" for publishing an article criticizing the involvement of religion in politics. They were released after just over a week, but President Karzai stated that both men would be tried. After their release the men went to live in exile.

### Impunity for past human rights violations

Despite the ratification in February by the Afghan authorities of the Rome Statute of the International Criminal Court, little action was taken to bring to justice perpetrators of serious abuses in the past. Many of those holding central and regional government posts were allegedly responsible for human rights and humanitarian law violations committed during 23 years of armed conflict. Many also allegedly had connections with armed groups responsible for ongoing violations.

The international community proved unwilling to take concrete steps to ensure accountability for past human rights violations and UNAMA shied away from the issue. In February the UN Special Rapporteur on extrajudicial executions proposed the establishment of an international commission of inquiry into abuses in Afghanistan since 1978, a proposal supported by the AIHRC. However, the proposal was opposed by a majority of governments and the UN Commission on Human Rights then failed to endorse the proposal. Despite this setback, the AIHRC continued to try to map past abuses, and requested training and technical expertise specifically on investigation and monitoring to undertake this work.

### Abuses by US-led military forces

US-led forces, which continued military operations in various parts of the country, made arbitrary detentions. Men and boys were arrested, detained and transferred without charge and without any formal legal process through which they could challenge the legality of their detention. There were reports of ill-treatment in US detention facilities in Afghanistan. Findings from internal military investigations into two deaths in custody in December 2002 allegedly caused by ill-treatment were not published.

Bombings by US-led forces reportedly caused civilian casualties. In April AI called for an immediate investigation into the deaths of four men and seven women who were killed when a bomb hit their house on the outskirts of Shkin, Paktika province. In December, a total of 15 children were killed in two separate bombings by US forces.

### Refugees and internally displaced people

Refugees continued to return to Afghanistan from neighbouring states but in greatly reduced numbers, largely because of the security situation and lack of access to employment and adequate housing. There were serious concerns about the voluntariness of returns from Iran and Pakistan because of official strategies of deportation and police harassment respectively. On 28 April 2003 the United Kingdom (UK) deported 21 rejected asylum-seekers to Kabul. This was followed by a second chartered flight on 20 May carrying 34 asylum-seekers from the UK and four from France. There were concerns about the sustainability of these and other returns to Afghanistan.

### AI country visits

In July, AI's Secretary General visited Afghanistan and met President Karzai and other senior government officials, UNAMA officials, representatives of non-governmental organizations, and human rights defenders. The delegation also visited a women's prison in Kabul. Other AI delegates visited the country throughout the year, working alongside an AI field presence that ended in August. In December, AI delegates attended the Constitutional *Loya Jirga*.

Previous - Home

# Amnesty International

© AMNESTY INTERNATIONAL