# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUZATULLAH**, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civ. Action No. 06-CV-01707 (GK) |
| **RICHARD GATES**, *et al.*, ) | |
| Respondents. ) | |

### [proposed] ORDER

Upon consideration of Petitioners' Motion for an Order Requiring Respondents to Provide 30 Days' Advance Notice of Any Proposed Transfer of Petitioner Rohullah, the Respondents' opposition, if any, and the entire record in this matter, this Court finds that:

1. Petitioners have demonstrated a substantial likelihood of success on the merits;

2. There is good cause to believe that immediate and irreparable harm will result in the absence of injunctive relief;

3. The requested injunctive relief will not cause hardship to any other party which is not outweighed by the benefits of awarding this relief; and

4. The interest of the public will be served by entering the requested order.

THEREFORE IT IS HEREBY:

ORDERED that the Motion is granted; and it is

FURTHER ORDERED that Respondents or their agents shall not remove Petitioner Rohullah from the United States detention facility located at Bagram, Afghanistan without providing Counsel and the Court with 30 days advance notice.

Done this the _____ day of _____, 2007

_____
The Hon. Gladys Kessler
United States District Judge