IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DONALD RUMSFELD, <br> Secretary, United States Department of <br> Defense, *et al.*, <br><br> Respondents. | Civil Action No. 06-CV-01707 (GK) |

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO PETITIONER'S OPPOSITION TO
RESPONDENTS' SUPPLEMENTAL MOTION TO DISMISS**

Respondents, through undersigned counsel, move for an extension of time from August 14, 2007 to and including September 5, 2007, within which to respond to Petitioner's Opposition to Respondents' Supplemental Motion to Dismiss. In support of this motion, respondents inform the Court as follows:

1. On October 2, 2006, a habeas petition was filed on behalf Ruzatullah and another citizen of Afghanistan who were detained by the United States at Bagram Airfield in Afghanistan. The habeas petition was subsequently amended twice, and briefing on respondents' motion to dismiss the Second Amended Petition was complete on April 20, 2007.

2. On July 7, 2007, respondents filed a supplement to their motion to dismiss, informing the Court that on or about June 19, 2007, the United States transferred petitioner Ruzatullah to the Government of Afghanistan, relinquishing all legal and physical custody of Ruzatullah. Respondents further argued that Ruzatullah's habeas petition is therefore moot.

3. This Court set a briefing schedule for petitioner Ruzatullah's response, which schedule was later reset upon petitioner's consent motion. On August 2, 2007, petitioner Ruzatullah filed his response, and pursuant to the Court's briefing schedule, respondents' reply is currently due on August 14, 2007.

4. Respondents anticipate that they will not be able to meet that deadline because petitioner's opposition raises many factual matters that have required, and will require, some time to investigate. Moreover, preparation of respondents' reply will require the input of multiple components of the government, but many people that would need to be involved in this process are unavailable at various times in August.

5. Petitioners' counsel has authorized the undersigned to represent to this Court that they do not oppose the present motion.

Dated: August 13, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/   JEAN LIN
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7120
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents