IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUZATULLAH, *et al.*,<br><br>　　　　Petitioners,<br><br>　v.<br><br>DONALD RUMSFELD,<br>　Secretary, United States Department of<br>　Defense, *et al.*,<br><br>　　　　Respondents. | Civil Action No. 06-CV-01707 (GK) |

**ORDER**

Upon respondents' Unopposed Motion for Extension of Time to Reply to Petitioner's Opposition to Respondents' Supplemental Motion to Dismiss, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the date for respondents to reply to Petitioner's Opposition to Respondents' Supplemental Motion to Dismiss is extended to and including September 5, 2007.


Dated: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dockets.Justia.com