**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **RUZATULLAH**, <u>et</u> <u>al.</u> : | |
| Petitioners, : | |
| v. : | **Civil Action No.** |
| : | **06-1707 (GK)** |
| **ROBERT GATES,** : | |
| Secretary, United States : | |
| Department of Defense, <u>et</u> <u>al.</u>, : | |
| Respondents. : | |

---

### ORDER

This matter is before the Court on Respondents' Motion to Dismiss Second Amended Petition for Lack of Jurisdiction [Dkt. No. 15].

On June 29, 2007, the Supreme Court granted certiorari to review the merits of our Court of Appeals' decision in <u>Boumediene v. Bush</u>, 476 F.3d 981 (D.C. Cir. 2007). Accordingly, it is hereby

**ORDERED** that Respondents' Motion to Dismiss Second Amended Petition for Lack of Jurisdiction [Dkt. No. 15] is **denied without prejudice** until the Supreme Court has ruled definitively on the issue of this District Court's jurisdiction.

September 13, 2007
/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of Record via ECF**