RUZATULLAH v. RUMSFELD et al                                                                     Doc. 33 Att. 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, ET AL., <br><br> Petitioners, <br><br> v. <br><br> RICHARD GATES, <br> Secretary, United States <br> Department of Defense, *et al.*, <br><br> Respondents/Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06 CV 01707 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING PETITIONER RUZATULLAH'S MOTION FOR A REPORT BY THE UNITED STATES CONCERNING HIS STATUS AND POTENTIAL EXECUTION**

UPON CONSIDERATION of Petitioner's Motion for a Report by the United States Concerning his Status and Potential Execution, the United States' response thereto, and the record as a whole, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that respondents shall file a Report, within three days of the date of this Order, addressing 1) whether petitioner Ruzatullah is known to be scheduled for execution; 2) whether he has been charged with any offense or crime; and 3) whether the terms and conditions of his purported transfer to the custody of the government of Afghanistan prohibit his execution.

**SO ORDERED**, this the _____ day of October 2007.

United States District Judge

Dockets.Justia.com