**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **RUZATULLAH**, <u>et</u> <u>al.</u> : | |
| : | |
| **Petitioners,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **06-1707 (GK)** |
| **ROBERT GATES,** : | |
| **Secretary, United States** : | |
| **Department of Defense,** <u>et</u> <u>al.</u>, : | |
| : | |
| **Respondents.** : | |

### ORDER

Petitioner Ruzatullah, through his next friend, has filed a Motion for a Report by the United States Concerning his Status and Potential Execution [Dkt. No 33]. Given the nature of the Petitioner's Motion, the Government is hereby

**ORDERED** to file its response no later than **October 22, 2007.**


October 17, 2007

/s/
Gladys Kessler
United States District Judge


**Copies to:  Attorneys of Record via ECF**