# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RUZATULLAH,** *et al.,* | : | |
| | : | |
| **Petitioners,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 06-1707 (GK)** |
| | : | |
| **RICHARD GATES,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

Upon consideration of Petitioner Ruzatullah's Motion for a Report by the United States Concerning His Status and Potential Execution, the Government's Opposition, and Petitioner's Reply, it is this 30th day of October, 2007, hereby

**ORDERED**, that the Motion is **denied**.


/s/_____
Gladys Kessler
United States District Judge


**Copies via ECF to all counsel of record**

Dockets.Justia.com