IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, <br>     Detainee, United States Air Base <br>     at Bagram, Afghanistan <br> <br> INAVATULLAH, <br>     as the Next Friend of Ruzatullah <br> <br> HAJI ROHULLAH, <br>     Detainee, United States Air Base <br>     at Bagram, Afghanistan, and <br> <br> BAZ MOHAMMAD, <br>     as the Next Friend of Haji Rohullah, <br> <br>     Petitioners, <br> v. <br> <br> ROBERT GATES, <br>     Secretary, United States Department of <br>     Defense, *et al.,* <br> <br> JOHN DOE, <br>     Custodian of Petitioners; and <br> <br> JOHN DOE 2, <br>     Custodian of Petitioners, <br> <br>     Respondents. | Civil Action No. 06-CV-01707 (GK) |

**NOTICE OF APPEAL**

All respondents in this case hereby appeal to the United States Court of Appeals for the

District of Columbia Circuit from the memorandum order entered in this matter on October 2,

2007, requiring respondents to provide 30-days' advance notice of any proposed transfer of

petitioner Haji Rohullah from Bagram, Afghanistan.

Dated: December 3, 2007                            Respectfully submitted,

                                                                                       JEFFREY S. BUCHOLTZ

Dockets.Justia.com

Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/   Jean Lin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
JAMES LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents