UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUZATULLAH,** *et al.*, ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| v. ) | Civ. Action No. 06-CV-01707 (GK) |
| ) | |
| **RICHARD GATES,** *et al.*, ) | |
| ) | |
| ) | |
| **Respondents.** ) | |

## PETITIONER RUZATULLAH'S NOTICE OF VOLUNTARY DISMISSAL

PETITIONER RUZATULLAH hereby gives notice of his voluntary dismissal of his petition for habeas corpus relief. The status of this proceeding is as follows:

Ruzatullah's initial petition (with co-Petitioner Rohullah) was filed on October 4, 2006. It was subsequently amended twice, and the United States filed motions to dismiss the petition and amended petitions. The United States' motion to dismiss was denied without prejudice by this Court's Order of September 13, 2007. No answer or motion for summary judgment has been filed by any party.

In June 2007, Petitioner Ruzatullah was transferred from the United States' detention facility located at Bagram, Afghanistan, to Policharky Prison near Kabul, Afghanistan. It was, and remains, Ruzatullah's position that, subsequent to this transfer, this Court continued to have jurisdiction over the instant petition because of the United States' involvement in and control of his continued incarceration at Policharky.

2

Ruzatullah has recently been released from Policharky and is no longer incarcerated. Accordingly, he respectfully notifies the Court that he wishes voluntarily to discontinue his petition.

Nothing in this Notice of Voluntary Dismissal is intended to affect the petition of Ruzatullah's co-petitioner, Rohullah, who remains incarcerated at Bagram.

Respectfully submitted,

__/s/ A. Katherine Toomey_____
Eric L. Lewis (#394643)
Dwight P. Bostwick (#427758)
A. Katherine Toomey (# 426658)
Baach, Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Tel: (202) 833-8900
Fax: (202) 466-5738

__/s/ Tina Foster_____
Tina Foster
International Justice Network
P.O. Box 610119
Bayside, NY 11361-0119
Tel.  (917) 442-9580
Fax. (917) 591-3353

Dated:        May 30, 2008