**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RUZATULLAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-01707(GK) |
| ROBERT GATES,   Secretary, United States Department of   Defense, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**JOINT MOTION TO VACATE THIS COURT'S ORDER OF OCTOBER 2, 2007
REQUIRING THAT RESPONDENTS PROVIDE 30-DAY'S NOTICE IN ADVANCE
OF ANY PROPOSED TRANSFER OF PETITIONER ROHULLAH**

Petitioner Haji Rohullah is a citizen of Afghanistan detained by the United States at a U.S. military base in Bagram, Afghanistan. On October 2, 2007, this Court issued an order, at petitioner's request, requiring respondents to give petitioner 30-days' advance notice of any proposed transfer of petitioner from the United States' custody (the "30-day Order"). Respondents timely filed an interlocutory appeal from that order. On June 23, 2008, while the appeal was pending and before substantive briefs had been filed, petitioner notified respondents that he no longer seeks the relief granted in the 30-day Order. Accordingly, the parties moved jointly in the Court of Appeals to dismiss the appeal as moot and for vacatur of the Court's 30-day Order. On July 16, 2008, the Court of Appeals granted the parties' joint motion to dismiss the appeal, and remanded the case to this Court "with instructions to consider the parties' joint request for vacatur of the order filed October 2, 2007." A copy of the Court of Appeals' order is attached as Exhibit A.

Pursuant to the D.C. Circuit's July 16, 2008 order, the parties, through undersigned counsel, respectfully request that this Court vacate its October 2, 2007 order requiring respondents to provide 30-day's notice of any proposed transfer of Rohullah from Bagram.

Dated: July 25, 2008

Respectfully submitted,

| | |
|---|---|
| /s/  A. KATHERINE TOOMEY | /s/   JEAN LIN |
| A. KATHERINE TOOMEY | JOSEPH H. HUNT |
| (D.C. Bar No. 426658) | (D.C. Bar No. 431134) |
| Baach, Robinson & Lewis PLLC | VINCENT M. GARVEY |
| 1201 F Street, NW, Suite 500 | (D.C. Bar No. 127191) |
| Washington, DC 20004 | JUDRY L. SUBAR (D.C. Bar No. 347518) |
| Tel: (202) 659-7216 | JEAN LIN |
| Fax: (202) 466-5738 | Attorneys |
| | United States Department of Justice |
| Counsel for Petitioners | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W. Room 7120 |
| | Washington, DC  20530 |
| | Tel:  (202) 514-3716 |
| | Fax:  (202) 616-8470 |
| | |
| | Counsel for Respondents |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RUZATULLAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-01707 (GK) |
| DONALD RUMSFELD, Secretary, United States Department of Defense, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

### **ORDER**

Upon the parties' joint motion to vacate this Court's order of October 2, 2007 requiring that respondents provide 30-day's notice in advance of any proposed transfer of petitioner Rohullah, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that this Court's October 2, 2007 Order regarding 30-day's notice is VACATED.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE