# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5402**　　　　　　　　　　　**September Term 2007**

06cv01707

**Filed On:** July 16, 2008

Ruzatullah, Detainee, United States Air Base
at Bagram, Afghanistan, et al.,

    Appellees

    v.

Robert M. Gates, Secretary, United States
Department of Defense, et al.,

    Appellants

    **BEFORE:**    Ginsburg, Rogers, and Griffith, Circuit Judges

## ORDER

    Upon consideration of the joint motion to vacate as moot the district court's order requiring thirty days' advance notice of any transfer of petitioner and to dismiss the appeal as moot, it is

    **ORDERED** that the motion to dismiss the appeal be granted and the appeal is hereby dismissed as moot. It is

    **FURTHER ORDERED** that the case be remanded to the district court with instructions to consider the parties' joint request for vacatur of the order filed October 2, 2007. See U.S. Bancorp Mortg. Co. v. Bonner Mall Partnership, 513 U.S. 18, 29 (1994) ("a court of appeals presented with a request for vacatur of a district-court judgment may remand the case with instructions that the district court consider the request").

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

A True copy:
   United States Courts of Appeals
  for the District of Columbia Circuit

By: _____ Deputy Clerk

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk