IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01707 (GK) |
| ) | |
| DONALD RUMSFELD, ) | |
| Secretary, United States Department of ) | |
| Defense, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' STATUS REPORT**

Respondents, through undersigned counsel, submit this status report in response to this Court's Order of July 18, 2008, requiring petitioners and respondents to each file a status report indicating the present status of this matter. Respondents respectfully inform the Court that the only remaining petitioner in this case, Haji Rohullah, is currently detained at the Bagram Airfield in Afghanistan as an enemy combatant. Assuming petitioner remains in the custody of the United States, respondents plan to move to dismiss this habeas petition for lack of jurisdiction.

Respondents respectfully propose the following briefing schedule, which was adopted by this Court in another case, *Maqaleh v. Rumsfeld*, 06-CV-01669 (JDB), in which the respondents intend to raise the same jurisdictional defense as here :

Respondents' brief due on or before September 15, 2008

Petitioners' opposition due on or before October 15, 2008

Respondents' reply brief due on or before November 5, 2008.

Dated:  August 1, 2008                              Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

  /s/   JEAN LIN
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7120
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents