UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*, ) | |
|        Petitioners, ) | |
| v. ) | Civil Action No. 06-CV-01707(GK) |
| ROBERT GATES, ) Secretary, United States Department of ) Defense, *et al.*, ) | |
|        Respondents. ) | |

**PETITIONER ROHULLAH'S STATUS REPORT**

Petitioner Haji Rohullah, through his next friend, Baz Mohammad, submits this Status Report pursuant to this Court's Minute Order of July 18, 2008.

## I. BACKGROUND

The petition in this case was initially filed on behalf of two men, Ruzatullah and Haji Rohullah, who were taken from their homes in Jalalabad, Afghanistan by the United States military, and imprisoned indefinitely without charges at a detention facility at Bagram Airfield in Afghanistan ("Bagram").

In or around October 2004, while he was at home with his family in Jalalabad, U.S. soldiers forced their way into his residence and took petitioner Ruzatullah, an Afghan citizen, into custody. He was held *incommunicado* by the U.S. military for more than two years, during which time he was never charged with a crime or informed of any charges pending against him. In June 2007, the United States transferred Ruzatullah from his incarceration at Bagram to Policharky, a prison near Kabul, Afghanistan. In or around April 2008, Ruzatullah was released from Policharky.

Petitioner Haji Rohullah is also a citizen of Afghanistan who is incarcerated in the respondents' custody at Bagram. In or around August 6, 2006, U.S. soldiers forced their way into Rohullah's family home in Jalalabad, where Rohullah and his family were visiting with guests. Following the search, the U.S. soldiers took Rohullah into custody. He remains incarcerated by the United States, without charge, at Bagram. Since he was incarcerated at Bagram, Rohullah has not been permitted to consult a lawyer, nor to see any member of his family.

## II. STATUS OF PROCEEDINGS

### A. Voluntary Dismissal of Petition by Ruzatullah

1. As a result of his release from Policharky in April 2008, on May 30, 2008, petitioner Ruzatullah voluntarily dismissed his petition. [Dkt. #39] Accordingly, the present proceeding involves solely petitioner Rohullah.

### B. The Motions to Dismiss and Related Submissions

2. The initial petition for writ of habeas corpus was filed on behalf of both Ruzatullah and Rohullah (each acting through his next friend) on October 2, 2006. [Dkt #1] The petition was amended on December 22, 2006 [Dkt #11] and a second amended petition was filed on January 10, 2007. [Dkt # 14]

3. In response to this Court's Order to Show Cause [Dkt #2], respondents filed an initial motion to dismiss the petition on November 20, 2006 [Dkt # 6]. Respondents filed a superseding motion to dismiss, addressing petitioners' second amended petition, on January 29, 2007 [Dkt #15]. Briefing on respondents' superseding motion to dismiss was completed on April 20, 2007.

4. In or about June 2007, respondents transferred petitioner Ruzatullah from Bagram to the special "national defense" detention wing at Policharky Prison, near Kabul,

Afghanistan. On July 6, 2007, respondents filed a supplemental motion in support of their superseding motion to dismiss, seeking dismissal of Ruzatullah's petition on ground of mootness. [Dkt #21] Petitioners opposed this motion on the grounds that, even after his purported transfer, Ruzatullah remained in the constructive custody of U.S. forces and/or that the Court should permit discovery concerning the U.S.'s continued control over Ruzatullah's confinement. [Dkt #25]

5. On September 13, 2007, this Court denied respondents' motion to dismiss without prejudice pending the Supreme Court's ruling in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *rev'd* 128 U.S. 2229 (2008), on the ground that *Boumediene* was likely to affect the Court's jurisdiction. [Dkt. #31].

6. As a result of his release from Policharky in April 2008, on May 30, 2008, petitioner Ruzatullah voluntarily dismissed his petition. [Dkt. # 39].

7. On June 12, 2008, the Supreme Court issued its decision in *Boumediene v. Bush*, 128 U.S. 2229 (2008), which holds, *inter alia,* that aliens detained by United States forces outside the territorial United States retain the right to enforce the Suspension Clause, *id.* at 2246, and that the Court has jurisdiction to hear such detainees' habeas corpus petitions. *Id.* at 2274.

C. **The Thirty-Day Notice Motion and Related Submissions**

8. In light of Ruzatullah's sudden transfer to Policharky, without notice to counsel, petitioner Rohullah filed a motion seeking an order directing respondents to provide counsel with 30 days' notice prior to the transfer of Rohullah. [Dkt # 26]. Respondents opposed the motion. [Dkt # 28].

9. On October 2, 2007, the Court granted Rohullah's motion for a 30-day Order. [Dkt. #32].

10. On December 3, 2007, respondents appealed the Order pursuant to 28 U.S.C. §1291. [Dkt. # 38]

11. On June 28, 2008, undersigned counsel notified respondents' that petitioner Rohullah no longer sought the relief granted in the 30-day order. Accordingly, the parties moved jointly in the Court of Appeal to dismiss the appeal as moot. On July 16, 2007, the Court of Appeals dismissed the appeal as moot and remanded the case with instructions that the parties move to vacate the Court's order of October 2, 2007

12. On July 25, 2008 the parties moved this Court jointly to vacate its October 2, 2007 Order. [Dkt. # 40] On July 28, 2008, this Court granted the parties' joint motion and vacated the order.

Respectfully submitted,

  /s/ A. Katherine Toomey            /s/ Tina Foster
Eric L. Lewis (#394643)             Tina Foster
Dwight P. Bostwick (#427758)        International Justice Network
A. Katherine Toomey (# 426658)      P.O. Box 610119
Baach, Robinson & Lewis PLLC        Bayside, NY 11361-0119
1201 F Street, NW, Suite 500        Tel. (917) 442-9580
Washington, DC 20004                Fax. (917) 591-3353
Tel: (202) 833-8900
Fax: (202) 466-5738

Dated: August 1, 2008