IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 06-CV-01707 (GK) |
| DONALD RUMSFELD, Secretary, United States Department of Defense, *et al.*, | ) |
| Respondents. | ) |

**NOTICE OF TRANSFER OF PETITIONER**

Respondents hereby provide notice that the United States has relinquished custody and control of the only remaining petitioner in this case, Haji Rohullah, a former detainee at the United States military base in Bagram, Afghanistan, and transferred him to the exclusive custody and control of the Government of Afghanistan.

Respondents further notify the Court that respondents' status report filed on August 1, 2008 had erroneously indicated that petitioner Rohullah was still in the United States' custody at that time. The undersigned counsel learned today that petitioner Rohullah was transferred to the custody of Government of Afghanistan on July 29, 2008, the day after this Court vacated (pursuant to the parties' joint motion) its October 2, 2007 Order requiring respondents to provide 30 days' advance notice of any proposed transfer of petitioner Rohullah. Respondents regret the error.

Dated: September 4, 2008             Respectfully submitted,

                                     GREGORY G. KATSAS
                                     Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/  *Jean Lin*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. Henry
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7120
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents