UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUZATULLAH, et al. : <br> : <br>    Petitioners, : <br> : <br> v. : <br> : <br> ROBERT GATES, : <br>    Secretary, United States : <br>    Department of Defense, et al., : <br> : <br>    Respondents. : | Civil Action No. <br> 06-1707 (GK) |

**ORDER**

On September 4, 2008, Respondents notified the Court that the United States had relinquished custody of the only remaining petitioner in this case, Haji Rohullah, a former detainee at the United States military base in Bagram Afghanistan, and transferred him to the exclusive custody and control of the Government of Afghanistan. Accordingly, it is hereby

**ORDERED** that Petitioner shall show cause no later than **September 20, 2008,** why the Petition should not be dismissed as moot.

September 5, 2008                              /s/_____
                                               Gladys Kessler
                                               United States District Judge

**Copies to:** attorneys on record via ECF