**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **ROHULLAH,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civ. Action No. 06-CV-01707 (GK)** |
| ) | |
| **RICHARD GATES,** *et al.,* ) | |
| ) | |
| ) | |
| **Respondents.** ) | |
| _____) | |

### PETITIONER ROHULLAH'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)(a)(i)

PETITIONER ROHULLAH hereby gives notice of the voluntary dismissal of his petition for habeas corpus relief.   The status of this proceeding is as follows:

Rohullah's initial petition (with co-Petitioner Ruzatullah) was filed on October 4, 2006.  It was subsequently amended twice, and respondents filed motions to dismiss the petition and amended petitions.  Respondents' motion to dismiss was denied without prejudice by this Court's Order of September 13, 2007.   No answer or motion for summary judgment has been filed by any party.

Respondents notified the Court in September 2008 that, in July 2008, petitioner Rohullah had been transferred from the United States' detention facility located at Bagram, Afghanistan, to Policharky Prison near Kabul, Afghanistan.  It was, and remains, Rohullah's position that, subsequent to this transfer, this Court continued to have jurisdiction over the instant petition because of the United States' involvement in and control of his continued incarceration at Policharky.   The Court issued orders

directing the parties to address the effect of the Rohullah's purported transfer.    In November 2008, respondents moved to dismiss the petition on the basis of mootness, which motion is now fully briefed.   The Court has not ruled on the pending motion.

Rohullah has recently been released from Policharky and is no longer incarcerated.  Accordingly, he respectfully notifies the Court that he wishes voluntarily to discontinue his petition and asks that it be dismissed without prejudice.   Because no answer or summary judgment motion has been filed by any party, petitioner Rohullah is entitled to dismiss this petition voluntarily without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

__/s/ A. Katherine Toomey_____          __/s/ Tina Foster_____
Eric L. Lewis (#394643)                  Tina Foster
Dwight P. Bostwick (#427758)             International Justice Network
A.  Katherine Toomey (# 426658)          P.O. Box 610119
Baach, Robinson & Lewis PLLC             Bayside, NY 11361-0119
1201 F Street, NW, Suite 500             Tel.  (917) 442-9580
Washington, DC 20004                     Fax. (917) 591-3353
Tel: (202) 833-8900
Fax: (202) 466-5738

Dated:        December 10, 2008